UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAINE ANTON CRAWLEY,<br><br>　　　　Plaintiff<br><br>v.<br><br>NAPHCARE, et al.,<br><br>　　　　Defendants | Case No.: 2:19-cv-2179-APG-BNW<br><br>**Order Denying Motion for Entry of Default Judgment**<br><br>[ECF No. 34] |

Plaintiff Daine Anton Crawley moves for entry of default judgment against defendant Officer B. Wolden. ECF No. 34.

Obtaining a default judgment under Federal Rule of Civil Procedure 55 is a two-step process. *See Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986). First, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). Then, after the clerk enters default, the party may seek entry of default judgment under Rule 55(b).

Here, there has been no entry of default against Wolden. Therefore, Crawley's motion for default judgment is premature and must be denied.

I THEREFORE ORDER that plaintiff Daine Anton Crawley's motion for entry of default judgment against Officer B. Wolden (ECF No. 34) is denied without prejudice.

DATED THIS 27th day of September, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE