1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  RYAN W. DANIELS
   Nevada Bar No. 13094
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada  89135
   Telephone:   (702) 792-7000
5  Fax:          (702) 796-7181
   landerson@kcnvlaw.com
6  rdaniels@kcnvlaw.com

7  *Attorneys for Defendant*
   *Brandon Wolden erroneously named as B Wolden*

8

9              UNITED STATES DISTRICT COURT

10                DISTRICT OF NEVADA

11  DAINE ANTON CRAWLEY,              Case No.:   2:19-cv-02179-APG-BNW

12              Plaintiff,
    vs.
13                                    **DEFENDANT BRANDON
    B WOLDEN, et al.                  WOLDEN'S MOTION TO EXTEND
14                                    DISCOVERY (1st Request)
                Defendants.           (ECF No. 44)**
15

16

17          Defendant Brandon Wolden, erroneously sued as B Wolden, ("WOLDEN"), by and

18  through his counsel, Kaempfer Crowell, respectfully moves for an order extending the discovery

19  deadlines by 90 days. This Motion is based on the following memorandum of points and

20  authorities.

21              MEMORANDUM OF POINTS AND AUTHORITIES

22  I.    PROCEDURAL HISTORY

23          Plaintiff filed a Motion/Application for Leave to Proceed in forma pauperis with his

24  initial Complaint attached on December 18, 2019.  [ECF No. 1].  Thereafter, a First Amended

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3039509_1  6943.254

Page 1 of 5

1   Complaint, [ECF No. 15] and Second Amended Complaint, [ECF No. 17] were filed.  The Court

2   screened the initial Complaint, First Amended Complaint and Second Amended Complaint.  On

3   June 1, 2021, Plaintiff filed his Third Amended Complaint, [ECF No. 28] which was served on

4   Wolden on November 8, 2021.  Wolden filed his Answer to the Third Amended Complaint on

5   November 23, 2021.  [ECF No. 40].

6          On February 1, 2022, this Court issued the current Scheduling Order.  [ECF No. 44].  The

7   Scheduling Order provides for ninety (90) days for the parties to complete discovery from the

8   date of the Scheduling Order; May 2, 2022.  The Scheduling Order was absent of a deadline to

9   disclose expert reports.  As such, the current expert disclosure deadline is March 3, 2022

10  pursuant to LR 26-1(b)(3).  This is only thirty (30) days from the date of filing of this Motion.

11         Wolden is currently preparing his initial Rule 26 Disclosures and intends to provide them

12  to Plaintiff within ten (10) days of this Request.  In addition, the discovery which remains to be

13  completed includes: serving written discovery on Plaintiff (Interrogatories, Requests for

14  Production of Documents and Requests for Admissions), serving subpoenas to third-parties as

15  necessary, retention and disclosure of experts, and the deposition of Plaintiff.

16  **II.     AN EXTENSION IS WARRANTED**

17         There is good cause to extend the discovery cut off deadline, expert disclosure deadline,

18  rebuttal expert disclosure deadline, dispositive motion deadline, and pretrial order deadline.  This

19  case is still in its earliest stages.  Indeed, Wolden recently filed his Answer to the Third

20  Amended Complaint during the holiday season.  Wolden intends to provide his initial Rule 26

21  Disclosures to Plaintiff by February 11, 2022, and has not yet received any discovery or

22  disclosures from Plaintiff.  The current expert disclosure deadline is March 3, 2022 pursuant to

23  LR 26-1(b)(3).  Wolden has not had enough time to conduct discovery to determine if it will be

24  necessary to retain an expert witness.

In addition to the reasons stated, Plaintiff is representing himself in Proper Person and is currently incarcerated.  Wolden anticipates there will be delays associated with his incarceration.

This Request is timely pursuant to LR 26-3 and is being requested at this time in advance of any deadlines.  No party will be prejudiced if the discovery deadlines are extended.  As already mentioned, this case is still in its earliest stages.  Wolden has not been able to conduct any initial written discovery; none of the parties have served any initial disclosures; and the contours of this case are still in formation.  Wolden is still in the process of determining the litigation strategy in this case; including whether it will be necessary to retain an expert witness.

## III.   PROPOSED DATES

Wolden requests that the Scheduling Order be amended to reflect the following extension of 90 days:

| **Activity** | **Current Date** | **Proposed Date** |
|---|---|---|
| Discovery Cut-Off | May 2, 2022 | August 1, 2022 |
| Expert Disclosure | March 3, 2022 | June 1, 2022 |
| Rebuttal Expert Disclosure | April 4, 2022 | July 5, 2022 |
| Dispositive Motions | June 1, 2022 | September 1, 2022 |
| Proposed Joint Pretrial Order | July 1, 2022 | September 29, 2022 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3039509_1  6943.254

Page 3 of 5

## IV.   CONCLUSION

Wolden is not attempting to delay the conclusion of this matter; rather he is requesting an extension to complete necessary discovery.   Based upon the foregoing, Wolden respectfully requests the Court enter a new Scheduling Order with the dates proposed above.

DATED this <u>3rd</u> day of February, 2022.

KAEMPFER CROWELL

By:   */s/ Lyssa S. Anderson*
LYSSA S. ANDERSON (Nevada Bar No. 5781)
RYAN W. DANIELS (Nevada Bar No. 13094)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

***Attorneys for Defendant***
***Brandon Wolden erroneously named as B Wolden***

### ORDER

IT IS ORDERED that ECF No. 45 is
DENIED without prejudice for failure
to meet and confer with Plaintiff.

**IT IS SO ORDERED**

**DATED:** 2:49 pm, February 07, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3039509_1  6943.254

Page 4 of 5

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I caused the foregoing **DEFENDANT BRANDON WOLDEN'S MOTION TO EXTEND DISCOVERY (1st Request) (ECF No. 44)** to be served via CM/ECF and/or First Class Mail (where indicated) addressed to the following:

Daine Anton Crawley, #1167447
Warm Springs Correctional Center
P.O. Box 7007
Carson City, NV 89702

***Plaintiff, Pro Se***

DATED this <u>3rd</u> day of February, 2022.

 /s/ *Luisa M. Cota*
an employee of Kaempfer Crowell

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3039509_1   6943.254

Page 5 of 5